SMITH, Respondent, v. FAHEY, Appellant. (Supreme Court, Appellate Division, Third De-

partment. May 25, 1897.) Action by Charles R. Smith against Mary Fahey. No opinion. Order appealed from affirmed, with $10 costs and disbursements.